EDWARD EVANS and others, *Appellants, v.* CONRAD BACKER and ADDISON P. HALL, *Respondents.* — Judgment reversed and new trial ordered, costs to abide event. Opinion by HARDIN, J., and dissenting opinion by BARKER, J.